IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

AMANDA NICOLE HESTER,          *
                               *
        Plaintiff,             *
                               *
    v.                         *    CV 313-093
                               *
THAD DELOACH and               *
WILLIAM MEEKS,                 *
                               *
        Defendants.            *

## O R D E R

On December 20, 2013, Defendants removed this civil action from the Superior Court of Laurens County, Georgia, to this Court. The pendency of this case has accumulated thirty-one docket entries and no small effort expended by the Court and its staff. On July 31, 2014, after extensive briefing, review, and research, the presiding judge entered a twenty-five page Order narrowing the issues with respect to the two remaining parties, Thad Deloach and William Meeks. (Doc. no. 21.) On April 7, 2015, counsel for Plaintiff Amanda Nicole Hester filed a motion to withdraw as counsel in which no substantial reasons for such withdrawal were stated. (Doc. no. 27.) Upon review, the Court denied the motion. (Doc. no. 28.) Now before the Court is a renewed motion to withdraw as counsel wherein counsel for Plaintiff explains that Plaintiff has "ceased to communicate with her counsel." (Doc. no. 29.)

A district court's power to control its docket includes the inherent power to dismiss a case. <u>Quality Foods de Centro Am., S.A. v. Latin Am. Agribusiness Dev. Corp., S.A.</u>, 711 F.2d 989, 998 (11th Cir. 1983). Federal and Local Rules permit dismissal of actions where a plaintiff fails to prosecute his or her case. Fed. R. Civ. P. 41(b); L. R. 41.1(c)(an "assigned Judge may, after notice to counsel of record, <u>sua sponte</u> . . . dismiss any action for want of prosecution, with or without prejudice . . . [for] failure to prosecute a civil action with reasonable promptness"). Plaintiff's counsel provides sufficient information in the instant motion for the Court to conclude that Plaintiff is not inclined to prosecute the matter further. Neither is the Court inclined to badger Plaintiff into pressing her case.

Upon the foregoing, **IT IS HEREBY ORDERED** that the renewed motion to withdraw as counsel filed by William R. Clairborne, The Clairborne Firm, P.C., S. Welsey Woolf, and S. Welsey Woolf, P.C., (doc. no. 29) is **GRANTED. IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE