# United States District Court
## Southern District of Georgia

AMANDA NICOLE HESTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV313-093

THAD DELOACH and WILLIAM MEEKS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 23, 2016, the Defendants' motion for summary judgment is GRANTED IN PART and defendant Thad Deloach is DISMISSED from this action.

May 23, 2016
Date

Scott L. Poff
Clerk

*(By) Deputy Clerk*