ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAY 31 AM 11: 35
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| AMANDA NICOLE HESTER, | * | |
| Plaintiff, | * | |
| v. | * | CV 313-093 |
| WILLIAM MEEKS, | * | |
| Defendant. | * | |

# O R D E R

On May 23, 2016, the Court granted in part and denied in part Defendant's motion for summary judgment. (Doc. no. 47.) Consequently, a trial by jury will be scheduled in due course. In the meantime, **IT IS ORDERED** that lead counsel for the parties <u>meet and confer, in person,</u> and prepare and file with the Clerk of Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **July 11, 2016**. Counsel for the <u>Plaintiff</u> shall have the responsibility to initiate compliance herewith. Proposed pretrial orders which are not consolidated (<u>proposed jointly</u>) will not be accepted for filing without the written permission of the Court.

The form of the proposed pretrial order shall be in accord with the attached instructions. A party's failure to comply with the requirements hereof may result in dismissal of the complaint or answer or in other sanctions determined

appropriate by the Court. The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph stating the date and location of the meeting, the duration of the meeting, and the names of all counsel or parties participating.

Further, the captioned case will be called for a pretrial conference on **Wednesday, July 20, 2016, at 10:30 a.m.** in the Second Floor Courtroom of the United States District Courthouse located at 100 North Franklin Street, Dublin, Georgia 31021. All evidentiary objections and motions in limine shall be filed no later than ten (10) days prior to the scheduled trial date.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of May, 2016.

UNITED STATES DISTRICT JUDGE