**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
AMANDA NICOLE HESTER,         *
                              *
     Plaintiff,               *
                              *
     v.                       *       CV 313-093
                              *
WILLIAM MEEKS,                *
                              *
     Defendant.               *
```

O R D E R

On Wednesday, July 20, 2016, at 10:30 a.m., the captioned case will be called for a pretrial conference. At that conference, each party is **ORDERED** to have an individual with settlement authority present.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE