IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
AMANDA NICOLE HESTER,        *
                             *
     Plaintiff,              *
                             *
     v.                      *     CV 313-093
                             *
WILLIAM MEEKS,               *
                             *
     Defendant.              *
```

## ORDER DIRECTING CHARGE CONFERENCE

**IT IS ORDERED** that counsel for the parties are directed to confer and submit to the Court a joint and consolidated request for jury instructions as to the issues of <u>substantive</u> law to be raised at the trial.

As an aid to counsel, the Court has considered the case preliminarily and forwards herewith portions of its expected jury instructions as to the usual, uncontroverted matters, which are normally encountered in a case of this type. In submitting proposed or requested instructions, it is not necessary to duplicate or request the Court's standard instructions which are included herewith. Those instructions will be included in every case. Confine your requested instructions to the substantive and damages portion of the charge that differ from, modify, or add to any substantive and

damages charges included herewith.

Counsel shall make every effort to agree upon the substantive charge and shall comply with the instructions. The language of the consolidated charge request shall be an impartial, concise, clear, and uncomplicated statement of the law. Separate submissions may be submitted in those areas wherein counsel cannot, in good faith, agree. Counsel shall submit, however, precise legal precedent supporting objections to an opponent's proposed jury charge.

The consolidated request shall be completed and shall be filed in the office of the Clerk **no later than Friday, August 5, 2016**. The joint request shall be signed by counsel for each party.

**ORDER ENTERED** at Augusta, Georgia, this ____21st____ day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE