# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. 3:13 CV 093

DATE August 17, 2016

TITLE Amanda Nicole Hester v. William Meeks

TIMES 8:50 AM - 1:15 PM

TOTAL 4 hours, 25 minutes

Honorable : **Dudley H. Bowen, Jr., U. S. District Court Judge**

Court Reporter : **Kelly Dorsey**

Courtroom Deputy : **Jeanne M. Hyder**

Interpreter :

Attorney for Plaintiff
**William Claiborne**
**Cameron Kuhlman**

Attorney for Defendant(s)
**Richard Strickland**
**Steven Blackerby**

Attorney for

PROCEEDINGS : **Jury Trial - Day 2**

☑ In Court
☐ In Chambers

8:50 AM - Court convenes outside presence of Jury: address issue of subpoenaed P. Witness, Timothy Johnson's inability to testify in case at present due to hospitalization.

9:00 AM - Joint exhibit 16 - redacted testimony of Timothy Johnson discussed.

9:20 AM in chambers. Judge Bowen calls witness T. Johnson with counsel for both parties, ct rptr, crd present. Witness wants to get permission from Laurens County attorney.

9:30 AM - Judge call to Timothy Johnson on speakerphone in chambers with discussion regarding testify like under oath.

9:49 AM - Return to Ctrm, without jury. DHB Ruling re: T. Johnson testimony.

10:03 AM - Jury returns to Box. Judge explains absence of T. Johnson and reads segment of criminal transcript.

10:06 AM - D.Direct Exam of Schari H. Lowry; Ex. 12 admitted and Published in part. 10:20 AM - P. cross-exam of Schari Lowery. 10:22-re-direct.

10:23 AM - D rests. P. rests.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. 3:13 CV 093　　　　　　　　　　　　　　　　DATE August 17, 2016

TITLE Amanda Nicole Hester v. William Meeks

PROCEEDINGS (continued): Jury Trial - Day 2

10:23 AM - Jury retires to Jury Room.
10:24 AM: D. motion for jgmt as matter of law; P's response. Denied.
10:33 AM - Jury charge discussion. Both sides agree to special verdict form.
10:38 AM - recess.
10:48 AM - Ct resumes and Jury returns to ctrm.
10:51 AM - 11:12 AM - P's closing argument - segment 1.
11:12 AM - D's closing argument
11:26 AM - P's closing argument - segment 2.
11:42 AM - Judge charges the Jury and goes over special verdict form.
12:22 PM - Jury retires to select a foreman and deliberate.
12:22 PM - Counsel for P and D have no objections to charge given.
12:24 PM - Discussion regarding what goes to the jury room. Agreement by parties that Joint Exhibits 6,7,8, 9 and 10 will go to jury room.
1:13 PM - All parties present. Jury enters courtroom. Verdict reached. - Finding for Defendant...answer "no" to Question One of the Special Verdict Form. Jury released.